1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD KIE, JR., | Case No. 3:20-cv-00709-RCJ-CLB |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN GARRETT, et al., | |
| Respondents. | |

Petitioner has submitted an application to proceed in forma pauperis (ECF No. 1), a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1-1) and financial documents (ECF No. 3). The financial documents show that petitioner has enough money in his account, and receives deposits, to pay the filing fee.

IT THEREFORE IS ORDERED that the application to proceed in forma pauperis (ECF No. 1) is **DENIED**.

IT FURTHER IS ORDERED that petitioner will have 45 days from the date that this order is entered to have the filing fee of $5.00 sent to the clerk of the court. Failure to comply will result in the dismissal of this action.

///

///

///

1

IT FURTHER IS ORDERED that the clerk of the court send petitioner two copies of this order. Petitioner must make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

DATED: March 1, 2021.

_____
ROBERT C. JONES
United States District Judge