# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD KIE, JR., | Case No. 3:20-cv-00709-RCJ-CLB |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN GARRETT, et al., | |
| Respondents. | |

Petitioner having filed a first, unopposed motion for extension of time (ECF No. 18), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's first, unopposed motion for extension of time (ECF No. 18) is **GRANTED**. Petitioner will have up to and including October 22, 2021, to file a second amended petition.

DATED: September 13, 2021.

_____
ROBERT C. JONES
United States District Judge

1