# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD KIE, JR., | Case No. 3:20-cv-00709-RCJ-CLB |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN GARRETT, et al., | |
| Respondents. | |

Petitioner having filed a motion for 21 day extension of time to file second amended petition (ECF No. 22), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's motion for 21 day extension of time to file second amended petition (ECF No. 22) is **GRANTED**. Petitioner will have up to and including November 12, 2021, to file a second amended petition.

DATED: October 18, 2021.

_____
ROBERT C. JONES
United States District Judge

1