# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD KIE, JR., | Case No. 3:20-cv-00709-RCJ-CLB |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN GARRETT, et al., | |
| Respondents. | |

Respondents have filed two motions for enlargement of time (ECF No. 26, 28). The court finds that good cause exists to grant the motions.

IT THEREFORE IS ORDERED that respondents' motions for enlargement of time (ECF No. 26, 28) are **GRANTED**. Respondents will not need to respond to the second amended petition until after the court has ruled upon respondents' motion to strike (ECF No. 27).

DATED: March 30, 2022.

ROBERT C. JONES
United States District Judge

1