# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD KIE, JR., | Case No. 3:20-cv-00709-RCJ-CLB |
| Petitioner, | |
| v. | ORDER |
| WARDEN GARRETT, *et al.*, | |
| Respondents. | |

Respondents seek an extension of time to answer Petitioner's third amended petition for writ of habeas corpus. (ECF No. 50.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' motion.

It is therefore ordered that Respondents' unopposed first motion for enlargement of time (ECF No. 50) is granted. Respondents have until February 6, 2023, to file their answer.

DATED this 9th day of January 2023.

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

1