# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD KIE, JR., | Case No. 3:20-cv-00709-RCJ-CLB |
| Petitioner, | |
| v. | **ORDER** |
| WARDEN GARRETT, *et al.*, | |
| Respondents. | |

    Respondents seek an extension of time to answer Petitioner's third amended petition for writ of habeas corpus. (ECF No. 52.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' motion.

    It is therefore ordered that Respondents' second motion for enlargement of time (ECF No. 52) is granted. Respondents have until February 8, 2023, to file their answer.

    DATED this 7th day of February 2023.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE