# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD KIE, JR., | Case No. 3:20-cv-00709-RCJ-CLB |
| Petitioner, | |
| v. | ORDER |
| WARDEN GARRETT, *et al.*, | |
| Respondents. | |

Petitioner seeks an extension of time to file his reply in support of his third amended petition. (ECF No. 55.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Petitioner's motion.

It is therefore ordered that Petitioner's first unopposed motion for enlargement of time (ECF No. 55) is granted. Petitioner has until April 24, 2023, to file his reply.

DATED this __10th__ day of March 2023.

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

1